UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                                                  Case No. 5:21cr29/TKW

MAHOGNY PATRICK
_____/

ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, MAHOGNY PATRICK, to Counts One, Two, and Three of the Indictment is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

DONE and ORDERED this 10th day of March, 2022.

*T. Kent Wetherell, II*
T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE